IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST T WOODRUFF, | |
| Plaintiff(s), | No C 08-5673 VRW (PR) |
| vs. | ORDER OF TRANSFER |
| PLEASANT VALLEY STATE PRISON, et al, | (Doc # 2) |
| Defendant(s). | |

      Plaintiff, a prisoner at Salinas Valley State Prison, has filed a pro se civil rights complaint for damages under 42 USC § 1983 alleging violations of his constitutional rights while incarcerated at Pleasant Valley State Prison. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Fresno, which lies within the venue of the Eastern District of California. See 28 USC § 84(b).   Venue therefore properly lies in the Eastern District. See id § 1391(b).

      Accordingly, IT IS ORDERED that in the interest of justice and pursuant to 28 USC § 1406(a) this action be TRANSFERRED to the United States District Court for the Eastern District of California.

      The clerk shall transfer this matter and terminate all pending motions as moot.

      SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.08\Woodruff, E1.transfer.wpd